FILED
2012 Jan-19 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| JEMARCUS TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) 7:11-cv-00525-LSC-JEO |
| BILLY MITCHEM and ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc.8) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice due to the fact that the petition is barred by the applicable statute of limitations. *See* 28 U.S.C. § 2244(d). An appropriate order will be entered.

Done this 19th day of January 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458