FILED
2012 Jan-19  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JEMARCUS TAYLOR, | ) |
| Petitioner, | ) |
| v. | ) 7:11-cv-00525-LSC-JEO |
| BILLY MITCHEM and ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

In accord with the Memorandum Opinion entered contemporaneously herewith, it is hereby

**ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

Costs are taxed to the petitioner.

Done this 19th day of January 2012.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458